**John W. SCOTT and Amy Scott, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 13300.**

United States Court of Appeals
Sixth Circuit.

Dec. 6, 1957.

Charles K. Rice and John N. Stull, Washington, D. C., for respondent.

**PER CURIAM.**

It appearing that although this case was filed and docketed on June 17, 1957, no brief for the petitioners has been filed;

And it further appearing that John W. Scott, one of the petitioners, has now stated in a letter sent to the Clerk of the Court that this petition for review has been abandoned,

It is ordered that the petition for review be and it hereby is dismissed.

**Fred DUNN, Edward Dunn, and Victor Dunn, copartners Doing Business as M. Dunn & Company, Appellants,**

v.

**Edward RODRIGUES, Appellee.**

**No. 13156.**

United States Court of Appeals
Sixth Circuit.

Dec. 5, 1957.

George Bashara, Detroit, Mich., for appellants.

Alan W. Josyln, Detroit, Mich., for appellee.

Before MILLER and STEWART, Circuit Judges, and BOYD, District Judge.

**PER CURIAM.**

This cause has been heard and considered upon the oral arguments and briefs of attorneys for the parties and upon the record in the case;

And it appearing that the findings of fact of the district court are supported by substantial evidence and are not clearly erroneous, and that the conclusions of law of the United States District Court rest upon a sound basis;

The judgment of the district court, D.C., 128 F.Supp. 604, is affirmed; and it is so ordered.

**Herbert HERFF et al., Appellants,**

v.

**J. M. ROUNTREE, Director of Internal Revenue, Appellee.**

**No. 13235.**

United States Court of Appeals

Sixth Circuit.
Dec. 10, 1957.

Waldauer, Bateman & Lowrance, Memphis, Tenn., for appellants.

Fred Elledge, Jr., Nashville, Tenn., and Charles K. Rice, Washington, D. C., for appellee.

**PER CURIAM.**

No response having been filed to this court's order to show cause entered November 22, 1957, it is ordered that this appeal be and it hereby is dismissed. D.C., 140 F.Supp. 201.